_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 10, 2022

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 7 |
| EACHPOLE, INC., | Case No. BK-20-10956-abl |
| Debtor. | Adv. Case No. BK-20-01130-abl |
| LINCO INC., as Successor-In-Interest of the Bankruptcy Estates of EACHPOLE, INC., and TOP LIGHTING CORPORATION, dba ETOP LIGHTING CORPORATION, | |
| Plaintiff, | **ORDER RE STIPULATION RE: PROTECTIVE ORDER** |
| v. | |
| BEAUTY MEMORY, a Nevada Nonprofit Corporation; LKIMMY INC., a Nevada Corporation; SYNGURU CORPORATION, a Nevada Corporation; CHRIS KIM, an individual; HYUNJUNE KIM, an individual; IL KIM, an individual; MISOOK KIM, an individual; also known as, ANDREW KWON, an individual; BHASKER PANCHAL, an individual; | |
| Defendants. | |

The Parties have filed a Stipulated Protective Order (Doc 179) for approval of the Court. For good cause appearing, the Stipulated Protective Order is hereby approved by the Court and shall be

////

////

SMITH & SHAPIRO, PLLC
3333 E. Serene Ave., Suite 130
Henderson, NV 89074
O:(702)318-5033 F:(702)318-5034

binding and enforceable.

IT IS SO ORDERED.

Submitted by:

SMITH & SHAPIRO, PLLC

/s/ *Michael D. Rawlins*
Michael D. Rawlins, Esq.
Nevada Bar No. 5467
Aimee M. Cannon, Esq.
Nevada Bar No. 11780
3333 E. Serene Ave., Suite 130
Henderson, Nevada 89074
*Attorneys for Plaintiff LINCO*

Approved:

McDONALD CARANO LLP

By: /s/ Ryan Works
Ryan J. Works, Esq. (NSBN 9224)
Julia L. Armendariz, Esq. (NSBN 15865)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Counsel for the LKIMMY, Inc.*

Approved:

LAW OFFICE OF JONATHAN PATTERSON

By: /s/ Jonathan Patterson
Jonathan Patterson, Esq. (NSBN 9644)
6767 W. Tropicana Ave., Suite 200
Las Vegas, Nevada 89103
*Counsel for the Bhasker Panchal*

Approved:

HURTIK LAW & ASSOCIATES

By: /s/ Carrie E. Hurtik
Carrie E. Hurtik (NSBN 7028)
6767 W. Tropicana Ave., Suite 200
Las Vegas, Nevada 89103
*Counsel for Il Kim, Misook Kim, Chris Kim, Beauty Memory, and Synguru Corporation*

2